# Exhibit A

# Overview

The exhibits demonstrate Pump.Fun's awareness of and participation in pump and dump schemes through their own social media communications on official channels. Through a series of posts presented as "memes" or parody, Pump.Fun repeatedly acknowledges and makes light of their platform being used for pump and dump schemes (colloquially known as "rugs" in cryptocurrency parlance), showing a pattern of intentional conduct:

1. Their Instagram post captioned "They Fall For It Everytime" shows Pump.Fun mocking investors who fall victim to pump and dump schemes on their platform.
2. Another Instagram post titled "Memecoin devs after rugging you for your life savings" explicitly references developers using their platform to defraud investors.
3. Their post asking "How do I turn these people into exit liquidity?" demonstrates knowledge of using retail investors as exit liquidity - a key component of pump and dump schemes.
4. A Twitter post showing "KOLs get bored often" with an image about "rugging followers" indicates Pump.Fun's awareness that influencers (Key Opinion Leaders/KOLs) regularly execute pump and dump schemes on their followers.
5. Their "affirm" post about "dumping on followers" shows Pump.Fun endorsing the practice of developers profiting at the expense of their investors.

These social media posts, while presented as humor, serve as admissions that Pump.Fun knowingly provides infrastructure for and participates in pump and dump schemes, directly supporting the complaint's allegation that such schemes are inherent to their operations. The exhibits show this is not isolated behavior but rather a core part of their business model that they openly acknowledge through their official communications.

Pump.Fun Official Instagram https://www.instagram.com/p/DDmRIbYN5OL/



# Pump.Fun Official Instagram https://www.instagram.com/p/DDcixlUtCVp/



Pump.Fun Official Instagram https://www.instagram.com/p/DCwN05RtzAm/



Pump.Fun Official Twitter https://x.com/pumpdotfun/status/1848023150769958964



Pump.Fun Official Twitter https://x.com/pumpdotfun/status/1844794321121264094

