# Exhibit B

# Overview

The exhibits demonstrate that Pump.Fun knowingly facilitates and promotes the creation and trading of tokens that exploit hate speech, violence, and exploitation to generate attention and trading volume. These examples show a systematic pattern of allowing and promoting deeply problematic content:

1. Racist and Violent Content:
- Multiple tokens using racial slurs and hate speech in their names and marketing
- A token explicitly promoting threats of school shooting
- Tokens using racist imagery and slurs targeting President Obama and other minorities
- Tokens promoting violence and exploitation, including references to kidnapping and torture


2. Antisemitic Content:
- Multiple tokens promoting antisemitic conspiracy theories and Holocaust imagery
- Tokens using concentration camp imagery and Nazi propaganda
- Systematic use of antisemitic stereotypes and hate speech

# Overview Continued

3. Sexual Exploitation:
- Tokens promoting potentially non-consensual sexual content
- Content suggesting exploitation without age verification
- Livestreamed inappropriate content tied to token prices

4. Platform Promotion:
- Several tokens achieved "King of the Hill" status, meaning they were actively promoted on Pump.Fun's homepage
- The platform facilitated these tokens reaching market caps in excess of $100,000
- Technical infrastructure provided for creating, trading, and promoting this content

These examples demonstrate that rather than being isolated incidents, the promotion of harmful content is systematically enabled and incentivized by Pump.Fun's platform infrastructure and business model. The evidence shows the platform not only allows but actively promotes tokens that exploit hate speech, violence, and harmful content to drive trading volume and profits.

# 1M MC OR NIGGA NOT DIES (1MNIIGGA)





https://pump.fun/coin/6FDYhhts3t5eUS39vyn2rCwVWgFGTT1ETJtWqL9Spump

# TORTURING THIS APE TIL 10M MC (NIGTORTURE)





https://pump.fun/coin/5HtwGwAtY6PczPSzeGVB9FQdhTp63c58ktuNXAVupump

Token: (HDNW) Hitler did nothing wrong!





https://pump.fun/coin/4WeaLraWjyMF66hbo6t6uK75t4ouXYXA9itGCjzv9jgi

Note: This token achieved both King of the Hill, meaning it was promoted on the pump.fun homepage, and raised enough capital to be sold on secondary markets.

# Jews did 911 (JEWS )





https://pump.fun/coin/Grv3euomBTtHFSe27BoHTqd1vhV2Gxui9K3SPwKUqpQQ

Note: This token achieved both King of the Hill, meaning it was promoted on the pump.fun homepage, and raised enough capital to be sold on secondary markets.

TOKEN: TORTURE (Age: Not Verified)

TEXT: GIRLFRIEND GETS TEASED: BRA OFF AT 25K AND PANTIES OFF AT 10. LIVESTREAMED TORTURE AND SEXUAL ACTS




# Act J: The Jew Cycle (JEWCYCLE)

https://pump.fun/coin/QzwU9rFJVp3AfPHrS93Z1GLyD5QFi7S2WLbrft1pump





Token: (JEW) Definition: JEW

https://pump.fun/coin/5fzK6spLA9sBnbEzuZ82VtjW6FR6EffReRaBznwVpump




Token: OAN



Token: Camp (Jew's Summercamp)

https://pump.fun/coin/7P25Gmw8H43TuLDmqHPxUQo6uvtwRRCqUGxJnkSbpump




TOKEN: SHOOTING

TEXT: LIVE SHOOTING UP A SCHOOL



# TOKEN: NIGGA



TEXT: Now I gotta Gigga Ape

INFO: Serial Livestreamer on Pump.fun known from multiple pump & dump schemes.

He leverages his livestreams to draw attention to his tokens. During livestreams he smokes crack, eats a prostitutes defication, inhales galaxy gas, and brandishes firearms.