# Exhibit B Addendum

Additional Tokens: PUMP THIS TO KILL NIGGERS (NIGGER)
https://pump.fun/coin/FUp1okWri71ZcFQ3x19Tu6Nt9hEJiNEra9vsgChgpump



Additional Tokens: (Nazis)
https://pump.fun/coin/4oYWwwuFbYTcRg6vQ7YxXoCCxLkGwFhZW5GZsoE8pump



Additional Tokens: niggers (§niggers)

https://pump.fun/coin/8P1R4k8U7Lrw3S4urSRsv9gFJ4FeCnPFbkBzzK87GPFS



Additional Tokens: (Nazis)
https://pump.fun/coin/4oYWwwuFbYTcRg6vQ7YxXoCCxLkGwFhZW5GZsoE8pump



Additional Tokens:

https://pump.fun/coin/HNvyu6xNWvyEUF46Mg1UknNhLu2Y1rv4rTMfJdZRzj67



Additional Tokens: WHITE POWER FINANCE (KKK)

https://pump.fun/coin/Hn96YecrtMpmqidh4tE43hmnQT5wpagZzC2PUSVzpump



Additional Tokens: (Nazis)
https://pump.fun/coin/HB2xrwCdEUJgX8oAm8P9FWpV9MGtdQzQQanALrtEpump



Additional Tokens: Die Nigger Die (Nigger)
https://pump.fun/coin/2rCFwt4AeMhBR5JDx36ohe3fE9eyZoM8cbv4Ff5gpump



Additional Tokens: Obama Jew Nigger Gay Coin (ojewniggay)
https://pump.fun/coin/8bk272weZyLu6b4T3BqShigmocetYnPTRTDqYS9wpump



Additional Tokens: Monkey Wars (Nigger)
https://pump.fun/coin/Arv8tBzkVfQZ65Egt39vnv7B2tivd81mTLkoWnL9pump



Additional Tokens: niggerjew (niggajew)

https://pump.fun/coin/3B76yXRfHY567dad3zAKWTbfsenYbmj6xph3Yu8Kpump



Additional Tokens: Lizard Jew Nigger Tranny (FEAR)

https://pump.fun/coin/2kk5xf7yH8GNi6MoeWiR8Jffge8Nj3KZ5v3yt7oepump

