# Exhibit C

The Following is the entire process of account creation and token launch on Pump.Fun
Approx. Time: <10 minutes
No T&C, KYC, Age Check, Identity Verification

## Account Creation



1. Connect Wallet



2. Enter Password



3. Confirm connection



4. Sign Transaction



5. Option to edit profile



6. Edit Profile



7. Home Screen once profile has been created.

## Token Launch



8. Click "Start a new coin to launch"



9. Informational Inputs



10. Add Information required for Launch



11. Option to purchase tokens at launch for Dev



12. Confirmation of Token Launch



13. Token Listed