# Exhibit D

# Pump.Fun Official Instagram https://www.instagram.com/p/DDSN3_rtWtg/



Acknowledging the sale to minors and their categorization as "exit liquidity"

# Pump.Fun Quant Token Launched By 13 Year Old Male



13 Year old male launched Quant, a memecoin on pump.fun. He later rugged the project earning $30,000. This led to the release of his personal and family information.