# Exhibit H

https://x.com/pnutsolana/status/1868387181183791110



https://x.com/pnutsolana/status/1865577686216700099



https://x.com/pnutsolana/status/1854373577077743859



https://x.com/pnutsolana/status/1853619352349671628



https://x.com/pnutsolana/status/1854377551252050194



https://x.com/pnutsolana/status/1856872067028717705



https://x.com/pnutsolana/status/1866007732685349301

