Exhibit K

Pump.Fun Official Twitter https://x.com/pumpdotfun/status/1877047824258331023



Pump.Fun Official Twitter https://x.com/pumpdotfun/status/1876399475733725579



Pump.Fun Official Twitter https://x.com/pumpdotfun/status/1856655071922041327



Pump.Fun Official Twitter https://x.com/pumpdotfun/status/1856362235574042774



Pump.Fun Official Twitter https://x.com/pumpdotfun/status/1850952552528965837



# Pump.Fun Official Twitter https://x.com/pumpdotfun/status/1849938008998355382


