UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENDALL CARNAHAN,<br><br>           Plaintiff,<br><br>v.<br><br>BATON CORPORATION LTD, d/b/a PUMP.FUN, ALON COHEN, DYLAN KERLER, and NOAH BERNHARD HUGO TWEEDALE,<br><br>           Defendants. | Case No. 1:25-cv-00490-CM-BCM |

### [PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING LEAD PLAINTIFF'S SELECTION OF COUNSEL

WHEREAS, in accordance with the provisions of the Securities Act of 1933, as amended by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 77z-1(a)(3)(A)(i), notice of the lead plaintiff deadline in this action was published in *ACCESS Newswire*, a widely circulated national business-oriented wire service, advising Class members of the pendency of the class action, the claims asserted therein, and their right to move this Court to be appointed lead plaintiff;

WHEREAS, any purported Class member desired to be appointed Lead Plaintiff was required to have filed a motion for such appointment by March 18, 2025;

WHEREAS, on March 18, 2025, movant Aaron Kvenild ("Kvenild"), filed a timely motion for appointment as Lead Plaintiff and approval of selection of Co-Lead Counsel;

WHEREAS, no other movants filed motions for appointment as Lead Plaintiff and Kvenild's motion is unopposed;

**IT IS HEREBY ORDERED THAT:**

1. Kvenild's Motion is **GRANTED**;

1

2. Kvenild is **APPOINTED** to serve as Lead Plaintiff in this action pursuant to the Securities Act of 1933, as amended by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 77z-1(a)(3)(B);

3. Kvenild's selection of Co-Lead Counsel is **APPROVED**, and Wolf Popper LLP and Burwick Law PLLC are **APPOINTED** as Co-Lead Counsel for the Class in this action.

**IT IS SO ORDERED.**


Dated: _____, 2025          _____