# EXHIBIT 2

 **GOV.UK**

# Find and update company information

Companies House does not verify the accuracy of the information filed (http://resources.companieshouse.gov.uk/serviceInformation.shtml#compInfo)
Advanced company search (/advanced-search)

# BATON CORPORATION LTD

Company number **14743013**

Follow this company

File for this company (https://beta.companieshouse.gov.uk/company/14743013/authorise?return_to=/company/14743013)

Overview    Filing history    People    More

**Registered office address**
82a James Carter Road, Mildenhall, Bury St. Edmunds, England, IP28 7DE

**Company status**
Active

**Company type**
Private limited Company

**Incorporated on**
20 March 2023

## Accounts

Next accounts made up to **31 March 2025**
due by **31 December 2025**

Last accounts made up to **31 March 2024**

## Confirmation statement

Next statement date **9 June 2025**
due by **23 June 2025**

Last statement dated **9 June 2024**

## Nature of business (SIC)

- 47910 - Retail sale via mail order houses or via Internet

Tell us what you think of this service (https://www.smartsurvey.co.uk/s/getcompanyinformation/) Is there anything wrong with this page? (/help/feedback?sourceurl=https://find-and-update.company-information.service.gov.uk/company/14743013)

Policies Link opens in new tab

Cookies (https://beta.companieshouse.gov.uk/help/cookies)

Contact us Link opens in new tab

Accessibility statement (https://beta.companieshouse.gov.uk/help/accessibility-statement)

Developers Link opens in new tab

Built by Companies House

© Crown copyright


# GOV.UK
## Find and update company information

Companies House does not verify the accuracy of the information filed (http://resources.companieshouse.gov.uk/serviceInformation.shtml#compInfo)
Advanced company search (/advanced-search)

# BATON CORPORATION LTD

Company number **14743013**

Follow this company

File for this company (https://beta.companieshouse.gov.uk/company/14743013/authorise?return_to=/company/14743013/officers)

Overview  Filing history  **People**  More

- Officers
- Persons with significant control (/company/14743013/persons-with-significant-control)

## Filter officers

☐ Current officers

Apply filter

## 4 officers / 1 resignation

### COHEN, Alon, Mr.

Correspondence address  **82a, James Carter Road, Mildenhall, Bury St. Edmunds, England, IP28 7DE**

Role Active  **Director**

Date of birth  **June 2003**

Appointed on  **3 November 2023**

Nationality  **German**

Country of residence  **Germany**

Occupation  **Chief Operating Officer**

### KERLER, Dylan, Mr.

Correspondence address  **82a, James Carter Road, Mildenhall, Bury St. Edmunds, England, IP28 7DE**

Role Active  **Director**

Date of birth  **July 2001**

Appointed on **23 January 2024**

Nationality **British**

Country of residence **England**

Occupation **Chief Technology Officer**

### TWEEDALE, Noah Bernhard Hugo

Correspondence address **82a, James Carter Road, Mildenhall, Bury St. Edmunds, England, IP28 7DE**

Role Active **Director**

Date of birth **September 2003**

Appointed on **20 March 2023**

Nationality **English**

Country of residence **England**

Occupation **Chief Executive**

### KONSTANTINOV, Adrian, Mr.

Correspondence address **1100 Brickell Bay Drive, Miami, United States, FL 33131**

Role Resigned **Director**

Date of birth **July 1999**

Appointed on **23 January 2024**

Resigned on **1 March 2024**

Nationality **American**

Country of residence **United States**

Occupation **Director**

Tell us what you think of this service (https://www.smartsurvey.co.uk/s/getcompanyinformation/) Is there anything wrong with this page? (/help/feedback?sourceurl=https://find-and-update.company-information.service.gov.uk/company/14743013/officers)

Policies Link opens in new tab
Cookies (https://beta.companieshouse.gov.uk/help/cookies)
Contact us Link opens in new tab
Accessibility statement (https://beta.companieshouse.gov.uk/help/accessibility-statement)
Developers Link opens in new tab

Built by Companies House

© Crown copyright