# EXHIBIT 4

*Changes to legislation: Companies Act 2006, Section 1140 is up to date with all changes known to be in force on or before 16 March 2025. There are changes that may be brought into force at a future date. Changes that have been made appear in the content and are referenced with annotations. (See end of Document for details) View outstanding changes*



# Companies Act 2006

## 2006 CHAPTER 46

### PART 37

COMPANIES: SUPPLEMENTARY PROVISIONS

*Service addresses*

**1140 Service of documents on directors, secretaries and others**

(1) A document may be served on a person to whom this section applies by leaving it at, or sending it by post to, the person's registered address.

(2) This section applies to—

    (a) a director or secretary of a company;

    [F1(aa) a person who is a registrable person or a registrable relevant legal entity in relation to a company (within the meanings given by section 790C);]

    (b) in the case of an overseas company whose particulars are registered under section 1046, a person holding any such position as may be specified for the purposes of this section by regulations under that section;

    (c) a person appointed in relation to a company as—

        (i) a judicial factor (in Scotland),

        (ii) [F2an interim manager] appointed under [F3section 76 of the Charities Act 2011][F4or section 33 of Charities Act (Northern Ireland) 2008], or

        (iii) a manager appointed under section 47 of the Companies (Audit, Investigations and Community Enterprise) Act 2004 (c. 27).

(3) This section applies whatever the purpose of the document in question.

It is not restricted to service for purposes arising out of or in connection with the appointment or position mentioned in subsection (2) or in connection with the company concerned.

*Changes to legislation:* Companies Act 2006, Section 1140 is up to date with all changes known to be in force on or before 16 March 2025. There are changes that may be brought into force at a future date. Changes that have been made appear in the content and are referenced with annotations. (See end of Document for details) View outstanding changes

(4) For the purposes of this section a person's "registered address" means any address for the time being shown as a current address in relation to that person in the part of the register available for public inspection.

(5) If notice of a change of that address is given to the registrar, a person may validly serve a document at the address previously registered until the end of the period of 14 days beginning with the date on which notice of the change is registered.

(6) Service may not be effected by virtue of this section at an address—
(a) if notice has been registered of the termination of the appointment in relation to which the address was registered and the address is not a registered address of the person concerned in relation to any other appointment;
(b) in the case of a person holding any such position as is mentioned in subsection (2)(b), if the overseas company has ceased to have any connection with the United Kingdom by virtue of which it is required to register particulars under section 1046.

(7) Further provision as to service and other matters is made in the company communications provisions (see section 1143).

(8) Nothing in this section shall be read as affecting any enactment or rule of law under which permission is required for service out of the jurisdiction.

**Textual Amendments**

F1  S. 1140(2)(aa) inserted (26.10.2023 for specified purposes, 4.3.2024 in so far as not already in force) by Economic Crime and Corporate Transparency Act 2023 (c. 56), **ss. 108**, 219(1)(2)(b); S.I. 2024/269, reg. 2(z45)

F2  Words in s. 1140(2)(c)(ii) substituted (1.10.2009) by The Companies Act 2006 (Consequential Amendments, Transitional Provisions and Savings) Order 2009 (S.I. 2009/1941), art. 2(1), **Sch. 1 para. 260(7)(a)** (with art. 10)

F3  Words in s. 1140(2) substituted (14.3.2012) by Charities Act 2011 (c. 25), ss. 354, 355, **Sch. 7 para. 115(a)** (with s. 20(2), Sch. 8)

F4  Words in s. 1140(2)(c)(ii) inserted (N.I) (18.2.2011) by Charities Act (Northern Ireland) 2008 (c. 12), ss. 183, 185, {Sch. 8 para. 13(3)}; S.R. 2011/11, **art. 2**, Sch.

**Modifications etc. (not altering text)**

C1  S. 1140 applied (6.4.2007) by The Companies Acts (Unregistered Companies) Regulations 2007 (S.I. 2007/318), reg. 3, **Sch.** (with reg. 6)

C2  S. 1140 modified (21.2.2009) by The Banking Act 2009 (Parts 2 and 3 Consequential Amendments) Order 2009 (S.I. 2009/317), **art. 6(1)(4)**

C3  S. 1140 applied (with modifications) (8.2.2011) by The Investment Bank Special Administration Regulations 2011 (S.I. 2011/245), reg. 27, **Sch. 6 Pt. 2 para. 5(4)**

C4  S. 1140 modified (8.7.2021) by The Payment and Electronic Money Institution Insolvency Regulations 2021 (S.I. 2021/716), reg. 2, **Sch. 3 para. 5(c)** (with reg. 5) (as amended (4.1.2024) by S.I. 2023/1399, regs. 1(2), **4**, 21(7)(b))

C5  Ss. 1139-1142 applied (with modifications) (1.10.2009) by The Limited Liability Partnerships (Application of Companies Act 2006) Regulations 2009 (S.I. 2009/1804), regs. 2, **75** (as amended (4.3.2024) by The Limited Liability Partnerships (Application of Company Law) Regulations 2024 (S.I. 2024/234), regs. 1(2), **44**; S.I. 2024/269, **reg. 2(a)**)

**Changes to legislation:** Companies Act 2006, Section 1140 is up to date with all changes known to be in force on or before 16 March 2025. There are changes that may be brought into force at a future date. Changes that have been made appear in the content and are referenced with annotations. (See end of Document for details) View outstanding changes

**Commencement Information**

I1   S. 1140 wholly in force at 1.10.2009; s. 1140 not in force at Royal Assent see s. 1300; s. 1140 in force for specified purposes at 6.4.2007 by S.I. 2007/1093, **art. 2(2)(f)** (with art. 11(1)); s. 1140 in force for further specified purposes at 6.4.2008 by S.I. 2007/3495, **art. 3(3)(h)** (with savings in arts. 7, 12); s. 1140 otherwise in force at 1.10.2009 by S.I. 2008/2860, **art. 3(t)**

**Changes to legislation:**
Companies Act 2006, Section 1140 is up to date with all changes known to be in force on or before 16 March 2025. There are changes that may be brought into force at a future date. Changes that have been made appear in the content and are referenced with annotations.
View outstanding changes

**Changes and effects yet to be applied to :**
– Act amendment to earlier affecting provision S.I. 2014/3348, art. 220A by S.I. 2024/1115 reg. 4(3)
– Sch. 2 Pt. 2 Section (A) para. 25(j) omitted by 2024 c. 13 Sch. 21 para. 10
– Sch. 2 Pt. 2 Section (A) para. 28 words substituted by 2024 c. 13 Sch. 18 para. 9(2)(a)(i)
– Sch. 2 Pt. 2 Section (A) para. 29 words substituted by 2024 c. 13 Sch. 18 para. 9(2)(a)(ii)
– Sch. 2 Pt. 2 Section (A) para. 36 words substituted by 2024 c. 13 Sch. 18 para. 9(2)(b)
– ss. 381-384 amendment to earlier affecting provision S.I. 2008/1911, reg. 5 by S.I. 2024/1303 reg. 11(2)(3)

**Changes and effects yet to be applied to the whole Act associated Parts and Chapters:**
– Act amendment to earlier affecting provision S.I. 2014/3348, art. 220A by S.I. 2024/1115 reg. 4(3)

Whole provisions yet to be inserted into this Act (including any effects on those provisions):
– Sch. 2 Pt. 2 Section (A) para. 25(j) omitted by 2024 c. 13 Sch. 21 para. 10
– Sch. 2 Pt. 2 Section (A) para. 28 words substituted by 2024 c. 13 Sch. 18 para. 9(2)(a)(i)
– Sch. 2 Pt. 2 Section (A) para. 29 words substituted by 2024 c. 13 Sch. 18 para. 9(2)(a)(ii)
– Sch. 2 Pt. 2 Section (A) para. 36 words substituted by 2024 c. 13 Sch. 18 para. 9(2)(b)