Certificate of Service of: Barry Parker
Exhibit marked 'A' attached

**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

**Case No.: 1:25-cv-00490-CM-BCM**

**KENDALL CARNAHAN**

**v.**

**BATON CORPORATION LTD, d/b/a PUMP.FUN, ALON COHEN, DYLAN KERLER, and NOAH BERNHARD HUGO TWEEDALE**

_____

# CERTIFICATE OF SERVICE
_____

I, Barry Parker, process server of Tremark Associates Ltd, 1 Quality Court, London, WC2A 1HR, instructed by Addleshaw Goddard LLP, make this Certificate of Service and WILL SAY as follows: -

1.      That I did at 16:35 hours on 18 March 2025 attend at 82a James Carter Road, Mildenhall, Bury St. Edmunds, IP28 7DE, being the registered address for Baton Corporation Limited and the given address recorded at Companies House for the individual defendants. I met with Ellie on reception, but I was unable to meet with Baton Corporation Ltd, Mr Cohen, Mr Kerler or Mr Tweedale but it was confirmed that they regularly collect their mail. Ellie confirmed that all are seen at the premises to collect mail and are still here. There is also another person that collects mail sometimes for them. She stated that she won't be emailing the documents to them, this is what they usually do, but will email them and tell them that they have some urgent mail in the office.

2.      Having failed to find any Director, officer, employee, or any other person authorised to accept service of the documents on behalf of Baton Corporation Ltd, Mr Cohen, Mr Kerler or Mr Tweedale, I therefore effected service of the following documents by placing them on the reception desk, clearly marked for the attention of Baton Corporation Ltd, Mr Cohen, Mr Kerler and Mr Tweedale: -

a) Civil Action Summons

b) Class Action Complaint and Exhibits

c) Civil Cover Sheet

e) Order Scheduling an Initial Pretrial Conference

f) Order on Motion to Adjourn Conference

3.    A true copy of the abovementioned documents served by me are now produced to me and marked exhibit 'A'.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Served By:** Barry Parker

**Dated:**  7 April 2025

**Signature:**  *Barry Parker*

Certificate of Service of: Barry Parker
Exhibit marked 'A' attached

**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

**Case No.: 1:25-cv-00490-CM-BCM**

**KENDALL CARNAHAN**

**v.**

**BATON CORPORATION LTD, d/b/a PUMP.FUN, ALON COHEN, DYLAN KERLER, and NOAH BERNHARD HUGO TWEEDALE**

_____

# This is the exhibit 'A' referred to in the Certificate of Service of Barry Parker