AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Kendall Carnahan | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Case No. 1:25-cv-00490-CM |
| Baton Corporation Ltd. d/b/a Pump.Fun, et al. | ) |  |
| *Defendant* | ) |  |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Baton Corporation Ltd. d/b/a Pump.Fun, Alon Cohen, Dylan Kerler, and Noah Bernhard Hugo Tweedale.

Date: 04/15/2025

*/s/ Stephen D. Palley*
*Attorney's signature*

Stephen D. Palley (4613931)
*Printed name and bar number*

Brown Rudnick LLP
1900 N Street, NW, 4th Floor
Washington, DC 20036
*Address*

spalley@brownrudnick.com
*E-mail address*

(202) 536-1700
*Telephone number*

*FAX number*