UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENDALL CARNAHAN,<br><br>                Plaintiff,<br><br>-against-<br><br>BATON CORPORATION LTD, d/b/a PUMP.FUN, ALON COHEN, DYLAN KERLER, and NOAH BERNHARD HUGO TWEEDALE,<br><br>                Defendants. | Case No. 1:25-cv-00490-CM-BCM |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Baton Corporation Ltd., by and through its undersigned attorneys, hereby states the following:

1. Baton Corporation Ltd. has no parent corporation.

2. No publicly held corporation owns 10% or more of Baton Corporation Ltd.

Dated: April 15, 2025

                                                BROWN RUDNICK LLP

                                                By: */s/ Stephen D. Palley*
                                                Stephen D. Palley
                                                Daniel L. Sachs (admission pending)
                                                BROWN RUDNICK LLP
                                                1900 N Street NW, 4th Floor
                                                Washington D.C. 20036
                                                Tel: (202) 536-1766
                                                spalley@brownrudnick.com
                                                dsachs@brownrudnick.com

                                                *Counsel for Defendants*