**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

KENDALL CARNAHAN

               Plaintiff,

v.

BATON CORPORATION LTD, d/b/a
PUMP.FUN, ALON COHEN, DYLAN
KERLER, and NOAH BERNHARD HUGO
TWEEDALE,

               Defendants.

Case No. 1:25-cv-00490-CM


**NOTICE OF APPEARANCE**


**ECF CASE**

---

        PLEASE TAKE NOTICE that MAX L. BURWICK, an attorney duly

admitted to practice before this Court, hereby appears as counsel on behalf of Plaintiff Kendall

Carnahan in the above-captioned action and respectfully requests that all pleadings, notices,

orders, correspondence and other papers in connection with this action be served upon him at

the following address:

               MAX L. BURWICK
               BURWICK LAW PLLC
               43 W 43rd St Suite 114,
               New York, New York 10036
               (646) 762-1080
               max@burwick.law

Dated:
New York, New York
June 10, 2025

Respectfully submitted,

BURWICK LAW PLLC


By:     /s/ Max L. Burwick

Max L. Burwick

43 W 43rd St Suite 114
New York, New York 10036
(646) 762-1080 max@burwick.law

*Attorney for Plaintiff Kendall Carnahan*