AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Kendall Carnahan ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-00490-CM |
| Baton Corporation Ltd. d/b/a Pump.Fun, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Baton Corporation Ltd. d/b/a Pump.Fun, Alon Cohen, Dylan Kerler, and Noah Bernhard Hugo Tweedale.

Date: 06/12/2025

*/s/ Daniel L. Sachs*
*Attorney's signature*

Daniel L. Sachs (5811906)
*Printed name and bar number*

Brown Rudnick LLP
1900 N Street, NW, 4th Floor
Washington, DC 20036
*Address*

dsachs@brownrudnick.com
*E-mail address*

(202) 536-1700
*Telephone number*

*FAX number*