UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIEGO AGUILAR, KENDALL CARNAHAN AND MICHAEL OKAFOR, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>        v.<br><br>BATON CORPORATION LTD, d/b/a PUMP.FUN, ALON COHEN, DYLAN KERLER, NOAH BERNHARD HUGO TWEEDALE, SOLANA LABS INC., SOLANA FOUNDATION, ANATOLY YAKOVENKO, RAJ GOKAL, DAN ALBERT, AUSTIN FEDERA, LILY LIU and LEAD KOL DOES 1-25,<br><br>    Defendants. | Case No.: 1:25-cv-00880-CM<br><br><br>**MOTION TO WITHDRAW AS COUNSEL** |

**TO THE HONORABLE COLLEEN MCMAHON, U.S.D.J.:**

Luis Muñoz, Esq., respectfully moves this Court for an Order permitting withdrawal as counsel of record for Plaintiffs in the above-captioned action. In support of this motion, movant states:

1. I previously entered a notice of appearance as counsel for Plaintiffs in this action while employed as Associate Attorney at Burwick Law, PLLC.

2. My employment with Burwick Law, PLLC. will terminate as of January 29, 2026, and I will no be longer associated with the firm.

3. Pursuant to Local Civil Rule 1.4(b), no affidavit is required in support of this motion because Attorney Max Burwick, Managing Partner of Burwick Law, PLLC., has entered a notice of appearance on behalf of Plaintiffs and will remain in the case.

4. Plaintiffs' representation will continue uninterrupted through Attorney Max Burwick of Burwick Law, PLLC.

5.  This motion is made solely due to my departure from Burwick Law, PLLC. and not for any reason that would prejudice Plaintiffs or delay these proceedings.

6.  I do not assert any retaining or charging lien in connection with this representation.

7.  All parties have been served with this motion as indicated in the accompanying certificate of service.

WHEREFORE, movant respectfully requests that the Court grant this motion and enter the proposed Order permitting withdrawal as counsel for Plaintiffs.

Dated: January 28, 2026
New York, New York

Respectfully submitted,

By: */s/ Luis Muñoz*
Luis Muñoz, Esq.
BURWICK LAW, PLLC
1 World Trade Center, 84th Fl.
New York, NY 10007
(917) 319-9758
luis@burwick.law

## CERTIFICATE OF SERVICE

I, Luis Muñoz, Esq., hereby certify that on January 28, 2026, I caused the foregoing

Motion to Withdraw as Counsel and proposed Order to be served upon the following:

**PLAINTIFFS' COUNSEL (remaining on case):**
Max Burwick
Burwick Law, PLLC
1 World Trade Center, 84th Floor
New York, New York
Via: ECF

Chet Barry Waldman
Wolf Popper LLP
845 Third Avenue
New York, NY 10022
Via: ECF

**PLAINTIFFS:**
Diego Aguilar, Kendall Carnahan and Michael Okafor
c/o Max Burwick
Burwick Law, PLLC
1 World Trade Center, 84th Floor
New York, New York
Via: ECF

**DEFENDANTS' COUNSEL:**
Stephen D Palley
Daniel Sachs
Kyle P. Dorso
Brown Rudnick LLP
1900 N Street, NW
Ste 4th Floor
Washington, DC 20036
Via: ECF

Lauren Beth Perlgut
Samson Aaron Enzer
Tammy Lynn Roy
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005
Via: ECF

Gregory Nathaniel Wolfe
Joseph William Baier , II
Nagy Wolfe Appleton LLP
31 East 62nd St

Ste 6th Floor
New York, NY 10065
Via: ECF

     I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 28, 2026
New York, New York

                      By: */s/ Luis Muñoz*
                      Luis Muñoz, Esq.