**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| DIEGO AGUILAR, KENDALL CARNAHAN AND MICHAEL OKAFOR, on behalf of themselves and all others similarly situated, |
| Plaintiffs, |
| v. |
| BATON CORPORATION LTD, d/b/a PUMP.FUN, ALON COHEN, DYLAN KERLER, NOAH BERNHARD HUGO TWEEDALE, SOLANA LABS INC., SOLANA FOUNDATION, ANATOLY YAKOVENKO, RAJ GOKAL, DAN ALBERT, AUSTIN FEDERA, LILY LIU and LEAD KOL DOES 1-25, |
| Defendants. |

**Case No.: 1:25-cv-00880-CM**

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

Upon the motion of Luis Muñoz, Esq., for an order permitting withdrawal as counsel for Plaintiffs, and it appearing that Attorney Max Burwick, of Burwick Law, PLLC remains as counsel of record for Plaintiffs, and good cause having been shown,

IT IS HEREBY ORDERED that:

1. The motion of Luis Muñoz, Esq. to withdraw as counsel for Plaintiffs is GRANTED;

2. Luis Muñoz, Esq. is relieved as counsel of record for Plaintiffs in the above-captioned action, effective immediately;

3. Plaintiffs continue to be represented by:

   Max Burwick, Esq.
   Burwick Law, PLLC
   1 World Trade Center, 84th Floor
   New York, New York 10007
   max@burwick.law

4. All future filings, notices, and correspondence shall be served upon Plaintiffs through their remaining counsel at the above address; and

5. All existing deadlines, scheduled conferences, and court appearances remain in effect.

SO ORDERED.

Dated: New York, New York
_____, 2026

_____
HON. COLLEEN MCMAHON
United States District Judge