UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIEGO AGUILAR, KENDALL CARNAHAN, AND MICHAEL OKAFOR on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>BATON CORPORATION LTD, d/b/a PUMP.FUN, ALON COHEN, DYLAN KERLER, NOAH BERNHARD HUGO TWEEDALE, SOLANA LABS, INC., SOLANA FOUNDATION, JITO LABS INC., JITO FOUNDATION, ANATOLY YAKOVENKO, RAJ GOKAL, DAN ALBERT, AUSTIN FEDERA, LILY LIU, LUCAS BRUDER, BRIAN SMITH,<br><br>        Defendants. | Case No. 1:25-cv-00880-CM-BCM |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' NOTICE**

Plaintiffs respectfully submit this Response to the Baton Defendants' Notice of Citation Issues ("Notice," ECF No. 181) concerning Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss ("Opposition," ECF No. 177).

Plaintiffs' Counsel has reviewed the issues identified in the Notice. In the course of condensing the brief between co-counsel to conform to the Court's page limit, and checking the 117 authorities (many of which are cited more than once) cited in the 49-page Opposition, quotation marks were not removed from language that had been converted from direct quotes to paraphrase, and two incorrect case citations and one incorrect statutory citation were not corrected. Plaintiffs' counsel regrets these errors and any inconvenience to the Court or opposing counsel.

For relevant context, and not as an excuse, review of the typographical and citation errors

1

in the Opposition reveals that none of these errors relate to the substantive legal argument or proposition cited.

Plaintiffs address each item raised in the Notice below. Attached to this Notice as Exhibit 1 a corrected Opposition, which corrects the issues identified in the Notice. Attached as Exhibit 2 is a redline comparison showing changes from the Opposition to the corrected Opposition.

## I.      Quotation Marks

The Notice identifies thirteen incorrect quotations. These errors are due to stray punctuation surrounding faithful paraphrases of the cited authorities. In each instance, the cited case is real and the legal proposition for which it is cited is accurately stated. Exhibit 1 removes the errant quotation marks.

## II.      Incorrect Case Citations

The Notice identifies two incorrect case citations, both on Page 29 of the Opposition.    The corrected citations, set forth below, accurately support the propositions stated in the Opposition:

- **Opp. at 29** ("*People v. Liss*, 112 Misc. 2d 793"): The correct citation is *cf., Liss v. Manuel*, 58 Misc. 2d 614, 296 N.Y.S.2d 627 (Civ. Ct. 1968) (defining gambling under N.Y. Penal Law § 225.00).

- **Opp. at 29** ("*United States v. Shapiro*, 431 F.3d 1031"): The correct citation is *United States v. Faiella*, 39 F. Supp. 3d 544, 545–46 (S.D.N.Y. 2014) (holding that facilitating the transfer of funds without a license constitutes unlicensed money transmission under 18 U.S.C. § 1960).

Exhibit 1 corrects these citation errors.

## III.      Incorrect Statutory Citation

The Notice identifies an incorrect statutory citation on page 44 of the Opposition. The control-person language cited and quoted on page 44 was attributed to Securities Act § 15, but incorrectly quotes from Exchange Act § 20(a), which is a control person statute under the Exchange Act.  However, SEC Rules define "control" identically under both the Securities Act and the Exchange Act. *See* 17 C.F.R. § 240.12b-2; 17 C.F.R. § 230.405. The corrected Opposition corrects the citation to Section 15, removes the quotation marks, and adds a reference to 17 C.F.R. § 230.405. The legal standard applied in the Opposition is unchanged.

## <u>CONCLUSION</u>

For the foregoing reasons, Plaintiffs respectfully submit that the corrections identified herein do not affect any substantive legal argument in the Opposition.  Plaintiffs repeat that they regret these errors and any burden on the Court and opposing counsel.

Dated: April 13, 2026
     New York, NY

Respectfully submitted,

**BURWICK LAW, PLLC**
By: */s/ Max Burwick*
Max Burwick
1 World Trade Center, 84th Floor
New York, NY 10007
max@burwick.law

**WOLF POPPER LLP**
By: */s/ Chet B Waldman*
Chet B. Waldman
Zilong (Terrence) Zhang
570 Lexington Ave
New York, NY 10022
212-759-4600
cwaldman@wolfpopper.com
tzhang@wolfpopper.com

*Co-Lead Counsel for*

*Plaintiffs and the Proposed
Class*